IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRETT JAY CLARK,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-392-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of defendant Carolyn W. Colvin and dismissing plaintiff Brett Jay Clark's appeal.

| s/K. Jacobson, Deputy Clerk | 6/5/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |